IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Ronan Tools, Inc. | ) | |
| | ) | Case No: 20 C 6837 |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| Does 1-513 | ) | |

## ORDER

In the court's 8/20/2021 minute entry [75], it gave all defendants until 8/30/2021 to object to plaintiff's motion for entry of default and default judgment [73]. The court grants plaintiff's motion [73] for entry of default and default judgment against all defendants identified on Schedule A attached to the court's order. Based on the evidence submitted in support of the temporary restraining order and the motion for entry of default and default judgment, and the admission of liability by virtue of the default, plaintiff has established that the infringement was willful, that damages should be awarded as set forth in the Final Judgment Order, and that a permanent injunction should be entered. Plaintiff has shown that the infringement of its mark causes it irreparable harm in the form of consumer confusion, loss of customers' goodwill, and reputational harm; that monetary damages are inadequate to address these harms; and that the public interest would not be disserved by a permanent injunction. No defendants have appeared to argue otherwise; thus, the court also finds that the balance of the hardships favors an injunction. The ten thousand dollar ($10,000) surety bond posted by plaintiff is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to plaintiff's counsel, Kevin Keener, Keener and Associates, P.C., 161 N. Clark Street, Suite 1600, Chicago, IL 60601, via certified mail. Enter Final Default Judgment Order.

Date: September 20, 2021                              /s/ Martha M. Pacold