IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ronan Tools, Inc., | Case No.: 20-cv-06837 |
| Plaintiff, | |
| v. | Judge: Hon. Martha M. Pacold |
| Does 1-513, As Identified in Exhibit 2, | |
| | Magistrate: Hon. Sunil R. Harjani |
| Defendants. | |

**FINAL DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff, Ronan Tools, Inc. ("Plaintiff" or "Ronan Tools"), against the defendants operating the websites/webstores identified on Schedule A attached hereto, and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not been dismissed from this case (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired, so that the allegations of the

1

Complaint are uncontroverted and are deemed admitted:

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of Plaintiff's federally registered CLEVER CUTTER trademark, United States Trademark Registration Nos. 3,159,610. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce stores are reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the CLEVER CUTTER trademark. *See* Docket No. 2-1 through 2-10, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods tocustomers in Illinois bearing infringing and/or counterfeit versions of the CLEVER CUTTER trademark.

The USPTO trademark registration number 3,159,610, for the mark CLEVER CUTTER, is valid, unrevoked, and uncancelled. As seen in the Screenshots, Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade

2

Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the CLEVER CUTTER trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Ronan Tools product or not authorized by Ronan Tools to be sold in connection with the CLEVER CUTTER Trademark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Ronan Tools product or any other product produced by Ronan Tools, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CLEVER CUTTER Trademark;

    c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Ronan Tools; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or

offered for sale, and which bear the CLEVER CUTTER trademark, or any reproductions, counterfeit copies or colorable imitations thereof.

IT IS FURTHER ORDERED that Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the CLEVER CUTTER trademark; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the CLEVER CUTTER trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Ronan Tools product or not authorized by Ronan Tools to be sold in connection with the CLEVER CUTTER trademark.

Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Paypal, Wish, etc., shall within seven (7) calendar days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the

CLEVER CUTTER Trademark, including, but not limited to, any accounts associated with the Defaulting Defendants as listed in Schedule A attached hereto and not previously dismissed from this action; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of One-Hundred Thousand Dollars (U.S.) and No Cents ($100,000.00) for using counterfeit CLEVER CUTTER Trademarks on products sold through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a. Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram and Western Union (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Schedule A attached hereto, except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

1. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule A attached hereto, the e-mail addresses identified in Schedule A attached hereto, and any e-mail addresses provided for Defaulting Defendants by third parties;

2. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

3. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule A attached hereto, the e-mail

addresses identified in Schedule A attached hereto, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Schedule A attached hereto and any e-mail addresses provided for Defaulting Defendants by third parties.

Finally, the Clerk shall return Plaintiff's $10,000 bond, including any interest minus the registry fee, posted as a condition of the injunctive relief issued in this matter (Docket # 16).

Pursuant to all claims against all defendants being resolved by settlement or entry of judgment, this case is terminated.

**IT IS SO ORDERED.**

DATED: September 20, 2021

/s/ Martha M. Pacold
Martha M. Pacold
United States District Judge

# SCHEDULE A

| Doe # | Seller Name | Seller ID | Def. E-mail |
|---|---|---|---|
| 2 | Yiwu Xiaohua Household Goods Factory | cnxiaohua | 3001320739@qq.com |
| 3 | Cookbest Yangjiang Limited | cookbest | happychain@21cn.net |
| 4 | Ningbo Couple Oranges Trading Co., Ltd. | cooranges | coupleoranges@163.com |
| 5 | Chongqing Nanansi Intelligent Technology Co., Ltd. | cqnns | cqnns2020@126.com |
| 7 | Dongguan Shuangxin Industry Co., Ltd. | dgsx | peter.lung@dgshuangxin.cn |
| 9 | DKS Enterprises Co., Ltd. (Yangjiang) | dks | dks108@dks-group.com |
| 12 | Ningbo Finelife Products Intl Trading Co., Ltd. | finelife | karl@cnfinelife.com |
| 16 | Suzhou Henghou Import And Export Co., Ltd. | ht-sourcing | inquiry@ht-sourcing.com |
| 20 | Yiwu Liuma Trade Co., Ltd. | liumatrade | liumatrade@163.com |
| 21 | Henan Ocean Power Housewares Co., Ltd. | ocpo | andy@oceanpowers.com |
| 24 | Shenzhen Xinghuo Import & Export Co., Ltd. | podropshipping | sales_chen@podropshipping.com |
| 26 | Yangjiang Quanxing Houseware Industry Co., Ltd. | quanxingyj | 3420278@yjquanxing.com |
| 27 | Dongguan Senhai Ling Trading Co., Ltd. | seagather | seagather@163.com |
| 28 | Ningbo Shenghui Plastic Technology Co., Ltd. | shdsk | wuzhiqingqing2@163.com |
| 29 | Xiamen Situ Crafts Co., Ltd. | stcrafts | andy@hxcrafts.net |
| 30 | Xiamen Totaldone Supply Chain Management Co., Ltd. | totaldone | aliguoji001@163.com |
| 31 | NEO MULTI SERVICES | us1345747427ctla | neomultis@gmail.com |
| 34 | Yangjiang Winfore Industrial Co., Ltd. | winfore | sales@winfore.net |
| 37 | Yangjiang Dawneast Industry & Trade Co., Ltd. | yjdawneast | sales@yjdawneast.com |

| 40 | Yangjiang Qiyang Hardware Products Co., Ltd. | yjqiyang | qiyang@yjqiyang.com |
|---|---|---|---|
| 42 | Yangjiang Toplife Industry & Trading Co., Ltd. | yjtoplife | sales1@ourtoplife.com |
| 43 | Yiwu Yunbu Import And Export Co., Ltd. | yunbu8 | yunbu01@163.com |
| 44 | Ningbo Z.K.L.S. Imp. & Exp. Co., Ltd. | zklshx | summer@nb-zkls.com |
| 45 | Guangzhou Zhenshan Trading Co., Ltd. | zs2019 | yuxing_joyce@163.com |
| 47 | Miroo Living Store | 311454 | menubio@hotmail.com |
| 48 | Shop907749 Store | 907749 | 18220003@qq.com |
| 49 | Solarshining Co., Ltd | 1209739 | info@solarshining.com |
| 54 | XYj Owenz Store | 1629121 | zhinanyoupin@yeah.net |
| 55 | Pething Mall | 1662011 | nikaqiu55@yahoo.com |
| 56 | Measurement & Analysis Instruments Store | 1686299 | masaling168@163.com |
| 57 | iTimo Warm Life Store | 1756411 | youshizhi888@163.com |
| 59 | LemonBest Franchised Store | 1767312 | ryanl10cn@163.com |
| 60 | MOSEKO Official Store | 1827830 | qingtian_q@sina.cn |
| 61 | Shopping11 Mall | 1856288 | goodboss12@hotmail.com |
| 63 | SETSAIL TRADING (XIAMEN) INC. Store | 1916360 | 812126471@qq.com |
| 64 | XYj Tanger Store | 1950604 | fjibiao14@163.com |
| 65 | EWIN FAMILY Official Store | 1966124 | simon8hoo@gmail.com |
| 66 | cooliny Store | 1971919 | feitian6734572@sina.com |
| 67 | Infinited Tools-01 Store | 1980194 | 352175302@qq.com |
| 68 | FANHHUI Lighting Factory Store | 2093041 | fan624624@163.com |
| 69 | QIAODUOMI New life Store | 2172121 | 936780003@qq.com |
| 70 | mainpoint Official Store | 2184083 | alex@mainpointtools.com |
| 71 | Domyhome Store | 2226043 | 15088264060@163.com |
| 72 | Dream Houseware | 2231095 | 794978410@qq.com |
| 74 | COOKEE Store | 2684018 | 2100981840@qq.com |
| 78 | Yan liang Factory outlet Store | 2882017 | m15924283575@163.com |
| 80 | Sweetness Life Store | 2937015 | 1754822185@qq.com |
| 82 | YWSLO Store | 2955261 | 1593788420@qq.com |
| 83 | VDHJUK Store | 2970028 | 2372380090@qq.com |

| | | | |
|---|---|---|---|
| 84 | Shop3090132 Store | 3090132 | cora21cn@163.com |
| 85 | ABEDOE Franchised Store | 3091109 | aliexl3cn@163.com |
| 88 | LIMITOOLS Good Trades Store | 3117006 | suzzsmt14@outlook.com |
| 89 | TL outsea Store | 3189030 | 377795600@qq.com |
| 90 | ETRSUNTECH Song Store | 3206086 | beautifulangle2017@163.com |
| 91 | Kitchenware Store | 3217155 | bangxiexie@outlook.com |
| 92 | Simplife Store | 3221100 | yishe1795@163.com |
| 93 | Youool Livelihood Drop shopping Store | 3242053 | jeff55cn@163.com |
| 94 | MAY WIND Store | 3256018 | suzzsmt15@outlook.com |
| 95 | Houkiper Specialy Store | 3370036 | tracy15cn@163.com |
| 96 | Houkiper Households life Store | 3424002 | carry19cn@163.com |
| 97 | HongKong a ya ya General Merchandise Co., Lt d Store | 3473063 | 1456869371@qq.com |
| 98 | XYj Ceramic Store | 3474013 | yjlongying@sina.com |
| 99 | XYj Stainle Store | 3508010 | yjyingpai@sina.com |
| 100 | Dropship Hotsale Store | 3617125 | bnxf456@163.com |
| 101 | ZY Kitchen life Store | 3655019 | chenguoyuan90@126.com |
| 102 | Sunrlity factory shop Store | 3670034 | ly15924283575@sina.com |
| 103 | Desirable Lifestyle Store | 3675102 | sbtdsmt08@163.com |
| 104 | cazy Store | 3678032 | 1349127669@qq.com |
| 106 | AJLTPA Store | 3893026 | tool2018@163.com |
| 107 | SweetPet Store | 3897021 | flydu365@outlook.com |
| 108 | kalazo Store | 4058042 | 1165269174@qq.com |
| 109 | JATY Store | 4075007 | 1615075958@qq.com |
| 110 | FANHHUI Store | 4186017 | fan624624@foxmail.com |
| 112 | JDH Store | 4393016 | jdhsud32@163.com |
| 113 | ABEDOE Magical diet Store | 4408047 | ben45cn@163.com |
| 118 | Fall in lovelylife Store | 4419031 | yijial0618@sina.com |
| 123 | Mwarm House Store | 4440040 | nankunling@outlook.com |
| 124 | DOXINJIAYE LOVEHOME Store | 4442019 | 718627445@qq.com |
| 126 | My Mug Store | 4470011 | 2900895638@qq.com |
| 127 | We-life House Store | 4501027 | szniaoqusmt05@163.com |
| 131 | YaFan Store | 4574042 | 318755715@qq.com |
| 132 | Future on Store | 4578005 | 361335951@qq.com |

| | | | |
|---|---|---|---|
| 133 | chaoslar Official Store | 4590019 | chaoslar@163.com |
| 134 | blessed kitchen Store | 4606026 | 15067069182@163.com |
| 137 | LemonBest Upward Store | 4629031 | lily71cn@163.com |
| 139 | FUHAIHE Factory Direct Store | 4645056 | 1052417555@qq.com |
| 149 | hujf67 Store | 4743013 | 18616300217@163.com |
| 152 | Bakely life Store | 4839063 | fishryy@126.com |
| 153 | XIN17 Store | 4841005 | xinchenglove@hotmail.com |
| 154 | A TO Z TO ALL Store | 4842298 | jimong_10@126.com |
| 155 | Konesky Store | 4986164 | chery95cn@163.com |
| 156 | Konesky A House Assistant Store | 4989153 | kylo104cn@163.com |
| 159 | Affordable tools Store | 4993258 | szxiaoshanzhusan@163.com |
| 163 | Areil ** Store | 5001456 | eden105cn@163.com |
| 164 | Houkiper Klay A Store | 5006129 | klay106cn@163.com |
| 168 | BD Retail 111 Store | 5045033 | xbd123_123@163.com |
| 169 | Yiwu Small Commodity Market Store | 5049196 | luy23@163.com |
| 170 | Shop5050038 Store | 5050038 | 3348794016@qq.com |
| 173 | ONME Official Store | 5054163 | asitesmt@163.com |
| 177 | Shanmammy dropship Store | 5071463 | 15112489892@163.com |
| 180 | Life's dropshiping Store | 5114056 | zhengxujie130@126.com |
| 181 | Shop5118015 Store | 5118015 | ivy87cn@163.com |
| 182 | WIN-WIN Room Store | 5147068 | victorialttvip@sina.com |
| 183 | Good Home-Accessories for you Store | 5156103 | gablyezihao@hotmail.com |
| 184 | A Warm Cottage Store | 5161048 | shenzhendaxue@126.com |
| 186 | Shop5221012 Store | 5221012 | wzy1264@126.com |
| 187 | DreamLifeStyle Store | 5240105 | 2152238754@qq.com |
| 189 | A big-dream Store | 5252043 | heyi1000@163.com |
| 190 | Shop5253131 Store | 5253131 | qq1659715439@hotmail.com |
| 192 | July Wind Store | 5279018 | groot88@163.com |
| 193 | IWELAI Store | 5363254 | hfyuyu1@sina.com |
| 196 | Shop5434147 Store | 5434147 | finn21xcn@163.com |
| 199 | six fish Store | 5507029 | xiabianyou@outlook.com |
| 200 | Shop5542001 Store | 5542001 | 2705945356@qq.com |
| 201 | daily life~ Store | 5558087 | 2639404615@qq.com |
| 202 | Shop5560054 Store | 5560054 | asitesmt2019c@163.com |
| 203 | Shop5565147 Store | 5565147 | zxc7458asd@163.com |
| 207 | FANHHUI Lighting Store | 5569180 | huiyuguojius@163.com |

| | | | |
|---|---|---|---|
| 208 | Shop5572105 Store | 5572105 | zxc7458asd@126.com |
| 210 | Shop5581108 Store | 5581108 | cddd456@outlook.com |
| 212 | HeiFengLi Store | 5585068 | ceceliaptzvvex@gmail.com |
| 213 | Alina living Store | 5587196 | shandaddy@163.com |
| 214 | Houseware Service Store | 5594279 | 1920365443@qq.com |
| 215 | Four Seasons Wind Store | 5601291 | fankailun94@163.com |
| 216 | Integrity Elves Store | 5605286 | panyujiaojiaju1@163.com |
| 217 | New World Room Store | 5619402 | 2355510845@qq.com |
| 218 | Shop5625155 Store | 5625155 | zhengxueyu002@163.com |
| 221 | Dropshipping Center Store | 5707039 | 3277069280@qq.com |
| 225 | Gift&Antique House Store | 5717152 | 625828644@qq.com |
| 228 | lafouryet Store | 5731148 | ms5@chinaxinji.com.cn |
| 230 | Dongguan MM department store living goods Store | 5779182 | 674569310@qq.com |
| 231 | Jx's Art Residence Store | 5780399 | pilipala48@outlook.com |
| 232 | dear~life Store | 5783263 | 2256957852@qq.com |
| 233 | Infinited Tools Store | 5788864 | wsdshipin@163.com |
| 234 | Xylitol Store | 5789869 | 3045657591@qq.com |
| 235 | YEEWEI Store | 5792616 | yiweimaoyi666@163.com |
| 236 | TopWow Store | 5797884 | treegen@163.com |
| 237 | Goodlife Furnitures House Store | 5798173 | fd01@zadwl.com |
| 238 | Department Living Museum Shopping Center Store | 5800363 | samanthaadam1822@outlook.com |
| 239 | mandolin Store | 5842134 | qq845615479@163.com |
| 241 | Cozy House Life Supplies Store | 5872385 | crt20180604@126.com |
| 242 | Shop5872432 Store | 5872432 | highfive577@163.com |
| 243 | JiaJun Store | 5874151 | 15958133239@163.com |
| 244 | HelloLive Store | 5878381 | lanbosmt02@ttcute.com |
| 245 | Shop5881628 Store | 5881628 | 3396084137@qq.com |
| 246 | Shop5952052 Store | 5952052 | 3173314189@qq.com |
| 247 | Shop5972051 Store | 5972051 | sherry@titan3pl.cn |
| 248 | Glorious Life Store | 900252243 | lanbosmt07@ttcute.com |
| 249 | Shop910316347 Store | 910316347 | sherry@esunfulfill.com |
| 250 | Zhenda Kitchenware Store | 910329275 | leeyou@yjzhenda.com |
| 251 | Shop910333282 Store | 910333282 | 1576397436@qq.com |
| 255 | Ladysilk Dropshipping Store | 910567404 | limulin0808@126.com |

| 256 | HENANHEJUXINXIKEJIYOUXIANGONGSI | A15GVCCRP1K3PY | HNHJXXKJ@163.COM |
| --- | --- | --- | --- |
| 257 | boist | A1KY6M5Q8AVWI0 | amazon88515@163.com |
| 258 | LIQISHOPPINGPLACE | A1ZDCJMXPIKIK2 | liqi18435162744@163.com |
| 259 | YONII | A2EJNNX12W6912 | yoolin_official@outlook.com |
| 260 | Serendipitybox | A2ISNJC1AJ5CQ5 | serendipityboxsell@gmail.com |
| 261 | shuanglianpu | A2J2XW2CDDEMQP | miaoshuanglian2019@hotmail.com |
| 262 | jinjianghuajiumaoyiyouxiangongsi | A2JYFUKOJ8NP1E | jjhjmyna@163.com |
| 264 | MDVSHOP | A3GT4HQ73GTW8S | doanvanminh0510@gmail.com |
| 265 | DeliaWinterfel-Global | A3HXMLXP4RDZ5J | northamerica@deliawinterfel.com |
| 266 | LONG LI SHENG | A3STLGNJP0JG05 | longlisheng@aliyun.com |
| 284 | Billion Deals | A12R652R8FOT2D | wondercollection555@gmail.com |
| 286 | JingYiYanJing | A15D7HO8868YV3 | JingYiYanJing999@outlook.com |
| 293 | Aaron One | A1J7LFG87SPAM9 | amazalinurdin@gmail.com |
| 296 | XIGUIKEJI | A20J5KFB02TG7Y | xiangfengx380@outlook.com |
| 297 | Yangzhou Aijian | A22BN5KBACVYNY | nhnl781753@sina.com |
| 300 | YONII | A2EJNNX12W6912 | yoolin_official@outlook.com |
| 302 | shuanglianpu | A2J2XW2CDDEMQP | miaoshuanglian2019@hotmail.com |
| 307 | xianjianbaihuodian | A2YWOULV8H83A7 | guxianjian071@163.com |
| 308 | fanzhika | A2ZMCVBX5Z65VP | fuyihao9@163.com |
| 312 | APRATA-US | A3IF93TV13KLX2 | joshua.hickman27@yahoo.com |
| 314 | YIJIA Co., LTD. | A3QNLZWEM5K24J | 2773476839@qq.com |
| 315 | Weiming Lin store | A3SPIJUUAMO04V | Mfj393nr2ll@163.com |
| 316 | guangzhoulinwumaoyiyouxiangongsiht | A3ST7PSGAZECRJ | f657iaey@163.com |
| 317 | Handsome Tony0629 | A3U416UJMINMJ6 | 13361972352@163.com |

| | | | |
|---|---|---|---|
| 318 | SzresmDirect | A3U52NAYX5RHRV | caolangxiongus@163.com |
| 320 | LotusGroup | A5FHDKXUV85J1 | lotusamzon@gmail.com |
| 321 | Slowmaple-US | ADR4AZ24X7H2J | help@slowmaple.com |
| 322 | BITA ITC | AG2CJ7W0YYXLW | nguyenphanron123@gmail.com |
| 324 | CEKITAM | ANCLJ0T94JF76 | 814302311@qq.com |
| 327 | xiangpan | ATUDRMTDFJ3FJ | 337479254@qq.com |
| 329 | klostore | AYQOV1BJBGXH1 | nguyenloan.fit@gmail.com |
| 330 | Sophia22 | 14117158 | huangxiuzhu4151@126.com |
| 335 | Jameschen013 | 20490663 | 516467844@qq.com |
| 341 | Linql02 | 20900225 | 450055802@qq.com |
| 345 | Ghouse02 | 21195486 | 406874606@qq.com |
| 347 | Win_home | 21362727 | sqbaowo@163.com |
| 356 | dianxinkai | 21527844 | dianxinkaidh@pralive.com |
| 359 | Qian008 | 21554782 | 3410422597@qq.com |
| 361 | efwsssss | 21558421 | cgjxs11@163.com |
| 363 | bnmjhg | 21558833 | cgjxs11@163.com |
| 364 | oolilygc | 21558835 | cgjxs11@163.com |
| 365 | Zhizhilo | 21558836 | cgjxs11@163.com |
| 366 | Zijilo | 21558837 | cgjxs11@163.com |
| 368 | Cslikdd | 21558841 | cgjxs12@163.com |
| 369 | Palameila | 21558842 | cgjxs12@163.com |
| 370 | Kmdjsiwnb | 21558843 | cgjxs12@163.com |
| 371 | Qqfeiche | 21558850 | cgjxs13@163.com |
| 373 | tangulasi | 21566794 | tangulasi@pralive.com |
| 374 | cnfit | 21566797 | yidaiyilu@pralive.com |
| 375 | cnths | 21566803 | cnths@pralive.com |
| 376 | heredo | 21566810 | herdo@pralive.com |
| 377 | vechat | 21566828 | vechat@pralive.com |
| 378 | winsdo | 21566914 | winsdodh@pralive.com |
| 380 | topwholesalerno6 | 21582850 | 1283496925@qq.com |
| 382 | adgold | adgold | a.d.goldrajkot.db18@gmail.com |
| 383 | adore_mart | adore_mart | qeephansi@gmail.com |
| 384 | aryavat_store | aryavat_store | sagar290796@yahoo.com |
| 386 | beadabc | beadabc | beadabc1977@126.com |
| 387 | big_line2 | big_line2 | chamiln016@gmail.com |
| 388 | dzheneva | dzheneva | dzheneva.ts@gmail.com |
| 390 | ecom-master | ecom-master | webmasterm10@gmail.com |

| | | | |
|---|---|---|---|
| 391 | ehsanlondon | ehsanlondon | ehsanlondon786@gmail.com |
| 392 | elevenprince | elevenprince | moradnouri10@gmail.com |
| 393 | featherglobal | featherglobal | mihirvekariyauae@gmail.com |
| 394 | freestyle_shopping | freestyle_shopping | sopit.jehying@gmail.com |
| 396 | hghdesilva95 / gh95dragon | hghdesilva95 | gihanharshana@yahoo.com |
| 397 | indian-treasure | indian-treasure | nagmanasirjewels@gmail.com |
| 398 | jaymaacreation_atul | jaymaacreation_atul | jaymaacreation89@gmail.com |
| 399 | jingqi2best2 | jingqi2best2 | jq201808052@163.com |
| 400 | laadli_0 | laadli_0 | swastikenterprise1008@gmail.com |
| 401 | lo638080 | lo638080 | cosmeortizlopezjr@gmail.com |
| 402 | madur_chama | madur_chama | dcmsilva93@gmail.com |
| 403 | megashopping99 | megashopping99 | kusalnipuna0@gmail.com |
| 405 | mnsh_0 | mnsh_0 | abdulla.arbab10@gmail.com |
| 406 | mohawkvidtz | mohawkvidtz | syahrirebay@gmail.com |
| 407 | mylureshop | mylureshop | embiz.store@gmail.com |
| 408 | pavan_international | pavan_international | kevansakarvadiya2@gmail.com |
| 409 | prachath_88 | prachath_88 | prameshchathuranga@gmail.com |
| 410 | pradipta1810 | pradipta1810 | pradipta.dutta181089@gmail.com |
| 411 | prasannarajarathn0 | prasannarajarathn0 | lakshithaprasanna87@gmail.com |
| 412 | rjsupplier | rjsupplier | ravindrajayanath710@gmail.com |
| 413 | rmar-1043 | rmar-1043 | rmart0320@gmail.com |
| 414 | rnrtraders | rnrtraders | mkrcolection@gmail.com |
| 416 | shahid.ch-1 | shahid.ch-1 | shahid.chaudhari101@gmail.com |
| 417 | sharbifystore | sharbifystore | elsharbatle@gmail.com |
| 418 | shopping_ways | shopping_ways | saneeraedirisinghe@gmail.com |
| 419 | shopping-mall-store | shopping-mall-store | shathiralakdilu@gmail.com |
| 420 | shzh_7 / langzhan_jixie | shzh_7 | zhoushan4637@outlook.com |
| 422 | smilemod | smilemod | smilemod128@gmail.com |
| 423 | stardealsstore | stardealsstore | stardeals2020@gmail.com |
| 424 | stevenmoore99 | stevenmoore99 | khbira.express@gmail.com |
| 426 | svha1390 | svha1390 | 18625619879@163.com |
| 429 | tinyroyal-shop | tinyroyal-shop | khalil.tkd7@gmail.com |
| 430 | total-gift | total-gift | sunshinesss@live.com |
| 431 | trade_mart2 | trade_mart2 | trademart82@gmail.com |

| | | | |
|---|---|---|---|
| 433 | waheguru-0 | waheguru-0 | vaheguru.online2021@gmail.com |
| 434 | wellcomeyou2014 | wellcomeyou2014 | wangmeishu1977@163.com |
| 435 | wicjitj_0 | wicjitj_0 | vichitparin1412@gmail.com |
| 436 | williaquidacha-0 | williaquidacha-0 | willquidachay@gmail.com |
| 437 | xiuxiu184 | xiuxiu184 | xiuxiu2733@hotmail.com |
| 438 | yang_kent / yanlin-langzhan | yang_kent | yanglin7869@outlook.com |
| 442 | Yiwu Bywell International Trade Co.,Ltd | 541152dc9acad808e2723eff | 770405220@qq.com |
| 443 | VIMALL | 5427c726f6d29678bbfcf3b2 | vimall@vivifashion.cn |
| 444 | ECGeek | 55233de2af10c20d994690cc | ecgeek@hotmail.com |
| 447 | zhuhai upspirit houseware co.,ltd | 5642a370193a5412907227bc | 381449542@qq.com |
| 451 | NInomi | 5741a2069023c059673db2c7 | 1712428066@qq.com |
| 452 | imall | 57456518f0af4777583f8a3e | imall@vivifashion.cn |
| 453 | crazyyingquan | 5788b0aa9035dc305db00af4 | 2016xiyuandianzi@sina.com |
| 454 | 3517768329 | 5795cc40eaa14d2a09aec9d9 | 3517768329@qq.com |
| 456 | ZP Four one nine | 57c4f5b995841c1c8f26ab9c | 56151484@qq.com |
| 457 | Harder | 57f66c12e41db15bf52c44f7 | 2455607085@qq.com |
| 458 | Rainbow_ | 5819b8f43ea33a46b9d14cb4 | 1040471953@qq.com |
| 459 | USA dream | 58469c761591452ac1075efc | 14691294@qq.com |
| 463 | Ocean eyes | 58b7831d28b5ec56fc80e684 | jingyiwangluo@outlook.com |
| 467 | besko | 5965d89be81e8a7981e3cd4b | wenda_dai@outlook.com |
| 468 | Yang Chao store | 59f82e957b584e1242edcddb | 305809962@qq.com |
| 470 | guiyistore | 5a2a75d1dc7a91479a0e0235 | guiyi_huang@hotmail.com |
| 471 | ahxshouklvv | 5a2e5f87b23b18149e9420e6 | xiaowenstore@outlook.com |
| 472 | rxinxinstore | 5a2e80605349205214dc66f5 | sun_yanfeng@outlook.com |

| | | | |
|---|---|---|---|
| 473 | Riqi | 5a38bc9ed024995b0736ec54 | ilurq@outlook.com |
| 474 | rainbowtown zhou | 5a4081df0c47f31688f4399c | soniazhou123@gmail.com |
| 476 | liping80 | 5a9f9947ddf45b297792e0ae | ping_li_80@outlook.com |
| 477 | liujiesmall | 5ab4c6da2c49567e75ff1fc8 | liujiesmall@outlook.com |
| 478 | zhangxubhy | 5abb5441ea87646eb8c66e41 | 416137155@qq.com |
| 479 | cococxd | 5abdf94ea6bf7a6fb39980b3 | cococxd@sina.com |
| 480 | MHN Store | 5ac459129c15ff5ce2aa7df2 | maohongna@aliyun.com |
| 481 | MQ Store | 5ac8526c4f6b495a69c36088 | maqiangwish@aliyun.com |
| 482 | AiQiStore | 5acb0c83ea87646e489993dd | aiqilove@aliyun.com |
| 483 | anlili | 5acee33d7c27682a1000fb41 | ianlili@aliyun.com |
| 484 | ZJC Store | 5ae164d147a0e71a523972b0 | zhangjc666@outlook.com |
| 485 | wanihgchunxia | 5aeea20549727945ff414a12 | lichunxia05@outlook.com |
| 486 | zhanghui85 | 5aefd54a1c250055bffbea2f | zhanghui_1985@outlook.com |
| 487 | muchenya | 5af65e89642fc751af8b6490 | mu_chenya@outlook.com |
| 489 | dadeco | 5b160d700128756e5abbe5f2 | sunyanan9454@outlook.com |
| 490 | Saving | 5b25af92d1c36053fc99ea0a | bian_liping@outlook.com |
| 491 | SuperFast | 5b29ceb56119345e87e3cace | liutianshu90@outlook.com |
| 492 | songhuimin88 | 5b3458e41b25162111d14c08 | songhm18@outlook.com |
| 494 | zhangwei1986 | 5b97768a42ebca2f2b20cf01 | 13361972352@163.com |
| 495 | DAOXINJIAYE | 5d56209340defd36863da2b9 | 718627445@qq.com |
| 496 | XIANG LING | 5d5df87866efce50b806030e | 2662168508@qq.com |
| 499 | hhhuong123 | 5e5e18a3e94b496e095589ee | lethmaihuong1711@gmail.com |

| | | | |
|---|---|---|---|
| 500 | zhengyujuan | 5e67336225de03595f2472d5 | liangfan960728@163.com |
| 501 | fangpeipeng2557 | 5e79bf51a7357e7049d27493 | ioomrbdg19@163.com |
| 503 | mawenfeng | 5eccf61db94617e3b23e45ed | dzzfhr@163.com |
| 504 | etyuwysd666 | 5f043adfe25d20336a5c7026 | mq6zgw@163.com |
| 505 | ajfisfj7f56ssd | 5f06f96b24d7494960111722 | qcrj45@163.com |
| 506 | dsufhklssf45 | 5f0726796358d1b9b7edcc6c | gkjm27@163.com |
| 507 | weuyfgs666 | 5f096d176e3a92bbe75f06d8 | lrws44@163.com |
| 508 | linshenghui0060 | 5f1120934b7e406746c4111b | esl3646@163.com |
| 509 | LVJIAQUAN1937 | 5f112ec5da28f945bf540098 | hzr4516@163.com |
| 510 | liuyukun666 | 5f12720246b64bfc619a36fb | zlk0350@163.com |
| 511 | liufan1994 | 5f13e4eb2831c9625a942e95 | wul0196@163.com |
| 512 | mengxinyu131452 | 5f13fa6346b64b68fc9a378a | oof9979@163.com |